No. 1878.—BARBARA HOFFMAN *v.* JOHN STEIB.

Executory process can not be issued except upon authentic evidence that the debt is due.
Where, therefore, it was issued to enforce a debt agreed to be paid at the majority of the plaintiff, and the petition alleged that the plaintiff was emancipated by marriage, and the debt was, therefore, exigible; but there was no authentic evidence of the fact that she had become of age. Held—That the process was illegal and must be annulled.

APPEAL from the District Court, parish of Jefferson. *Pardee, J. A. Cazabat* and *R. & H. Marr,* for plaintiff and appellee. *D. C. Labatt,* for defendant and appellant.

HOWE, J. The defendant has appealed from an order of seizure and sale rendered in executory proceedings for the enforcement of a mortgage granted by Joseph Hoffman in favor of his minor children (of whom the plaintiff is one), and assumed by the defendant in his purchase of the property directed to be seized and sold. It appears from the act that the principal amount secured in this way is not due until the majorities of the minors respectively. The plaintiff alleges in her petition that the debt is exigible, "she being emancipated by marriage;" but while this allegation makes it clear that she had not arrived at the age of twenty-one when she was married, it does not declare her to be of age when the order was obtained. And if the petition had so declared, there is no authentic evidence of the fact. The act of sale shows that the plaintiff was a minor in 1866. It does not show, as it might easily have done by proper recitals, that she must have became of age on or before July 18, 1863, when the order appealed from was granted. That the debt is due is not, therefore, established by such evidence as the law requires as a foundation for the executory process.

It is therefore decreed that the order of seizure and sale appealed from be avoided and annulled, and that the plaintiff pay the costs of both courts.